UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

THERON PHONE HUNT,

    Plaintiff,      Case No. 1:19-cv-584

v.             Honorable Paul L. Maloney

BRADLEY BALK et al.,

    Defendants.
_____/

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated: September 23, 2019    /s/ Paul L. Maloney
                 Paul L. Maloney
                 United States District Judge